UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – SPRING STREET COURTHOUSE

| | |
|---|---|
| MONET ECTOR, an individual,<br><br>              Plaintiff,<br><br>   vs.<br><br>BANK OF AMERICA; a Delaware Corporation; BANK OF AMERICA, NATIONAL ASSN., a Corporation; and DOES 1 through 100, inclusive,<br><br>              Defendants. | Case No. CV 13-04488 RSWL (SHx)<br><br>**ORDER RE CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER**<br><br>Action Filed:      May 7, 2013<br>Trial Date:         TBD<br>Discovery Cut-Off:  TBD<br><br>[Filed concurrently with Confidentiality Stipulation And Protective Order]<br><br>[Assigned To The Honorable Ronald S.W. Lew (Ctrm. 21) And, For Discovery Purposes Only, To The Honorable Stephen J. Hillman, Magistrate Judge (Ctrm. 550, Roybal Bldg.)] |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Case No. 13-04488 RSWL (SHx)

1   Based upon the Confidentiality Stipulation And Protective Order (the
2 "Stipulation") filed concurrently herewith and **GOOD CAUSE APPEARING**
3 therefor,

4   **IT IS HEREBY ORDERED** that the meanings and provisions contained in the
5 Stipulation concerning the use and/or disclosure of Confidential Information shall be
6 effective as to all parties for the purposes of this litigation and all related matters.

8 DATED: September 11, 2013

   *[signature]*
   The Honorable Stephen J. Hillman
   United States Magistrate Judge