JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – SPRING STREET COURTHOUSE

| | |
|---|---|
| MONET ECTOR, an individual, | Case No. ED CV 13-04488 RSWL (SHx) |
| Plaintiff, | [Assigned to: Hon. Ronald S.W. Lew] |
| vs. | **ORDER TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE** |
| BANK OF AMERICA; a Delaware Corporation; BANK OF AMERICA, NATIONAL ASSN., a Corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## ORDER

The Court, having considered the parties' Stipulation to Dismiss Entire Civil Action With Prejudice in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure with each party bearing her / its own attorneys' fees and costs, **GRANTS** the Stipulation and the suit is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:  3/6/2014

_____
RONALD S.W. LEW
The Honorable Ronald S.W. Lew
Senior U.S. District Judge